UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON LABBATE, individually and on behalf of all others similarly situated., <br><br> Plaintiff, <br><br> v. <br><br> MENU FOODS, a foreign corporation, <br> Defendant. | C07-669JLR <br> MINUTE ORDER |

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable James L. Robart, United States District Court Judge. All future documents filed in this case must bear the cause number C07-669JLR and bear the Judge's name in the upper right hand corner of the document.

Dated this 19th day of June, 2007.
Bruce Rifkin, Clerk of Court

By s/ AGALELEI ELKINGTON
   Agalelei Elkington, Deputy Clerk