The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JASON LABBATE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No. CV 07-0669 JLR<br><br>NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 AND REQUEST TO ENTER AND MAINTAIN STAY |

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued a Transfer Order, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey. The June 19, 2007 Transfer Order is attached hereto. On June 28, 2007, the JPML issued the attached Conditional Transfer Order ("CTO-1"), conditionally transferring this case to the MDL, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

In light of the likely imminent transfer of this case, Menu Foods requests that the Court enter the Stipulation and Order Staying All Proceedings filed in this matter on May 7,

NOTICE OF MULTIDISTRICT CONSOLIDATION
PURSUANT TO 28 U.S.C. §1407 AND REQUEST
TO ENTER AND MAINTAIN STAY - CV 07-0669
JLR - 1

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

2007, and maintain the stay pending transfer to the MDL, in order to serve the interests of judicial economy.

DATED this 5th day of July, 2007.

                GARDNER BOND TRABOLSI PLLC


By:    /s/
      Gary A. Trabolsi, WSBA No. 13215
      Jeffrey T. Kestle, WSBA No. 29648
      Attorneys for Defendant MENU FOODS

## CERTIFICATE OF SERVICE

I, Jodie Tomlinson, say:

I hereby certify that on July 6, 2007, I electronically filed the Notice of Multidistrict Consolidation Pursuant to 28 U.S.C. § 1407 and Request to Maintain Stay, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

| | |
|---|---|
| Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>steve@hbsslaw.com | Michael David Myers<br>Myers & Company<br>1809 Seventh Avenue, Suite 700<br>Seattle, WA 98101<br>mmyers@myers-company.com |

DATED this 6th of July, 2007, at Seattle, Washington.

                /s/Jodie Tomlinson
                Jodie Tomlinson
                Legal Assistant to Jeffrey T. Kestle

NOTICE OF MULTIDISTRICT CONSOLIDATION
PURSUANT TO 28 U.S.C. §1407 AND REQUEST
TO ENTER AND MAINTAIN STAY - CV 07-0669
JLR - 2

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318